UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 2, 2020

To:
Mario Hanyon, Esq.

In re: **Sandra D. Moore**
Bankruptcy No.
Adversary No.  18-12335ELF
Chapter 13

Re **Motion for Relief (docket #63)**

The above document(s) were filed in this office on 9/1/20**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| ( ) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| (x) | Motion Filing Fee $181.00 |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By:**Randi Janoff**
  Deputy Clerk

*Fee Notice*
*(11/26/18)*